# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### ( U.S. District Court, Southern District of Alabama, 155 Saint Joseph St., Mobile, AL 36602 )

|  |  |
|---|---|
| **Satish Dat Beast also known as** ) | |
| **Go Go Satish, The Greatest Recording** ) | |
| **Artist/Musician of All Time** in the Style of ) | |
| Lenny Kravitz, Prince Rogers Nelson, ) | |
| Bad Bunny, DJ Khaled, Al B. Sure!, and ) | |
| Romeo Santos (None of Whom are Co-Plaintiffs ) | |
| who Exclusively Does Business ) | |
| with Vevo as a Joint Venture of Google, Abu ) | |
| Dhabi Media of United Arab Emirates, Sony ) | |
| Music Entertainment, and Universal Music ) | |
| Group (UMG) as Publicly-Traded Company ) | |
| on Dutch Stock Exchange Known as EuroNext ) | |
| with a Spin-Off and Dividend in Kind to ) | **C.A.: No:** 26-cv-250-KD-MU |
| Shareholders of Vivendi SE and Tencent and ) | |
| Satish Dat Beast ) | |
| (Former President and ) | |
| CEO of Alex Garcia Enterprises, Inc. (AGE) ) | |
| as a Startup record Label with Its Principal ) | |
| Place of Business (ppb) in Providence, Rhode ) | |
| Island Upon the 2013 Filing of Articles of ) | |
| Incorporation with Rhode Island Secretary ) | |
| of State A. Ralph Mollis Declaring 20,000 ) | |
| Shares of Common Stock at $10.00 Par Value ) | |
| Which Would Had a Stated Capital If and Only ) | |
| If (iff) There was the Issuance and Subscription ) | |
| of Stock in Over-The-Counter Markets (OTC) ) | |
| Regulated by State Blue Sky Laws ) | |
| and Uniform Securities Act of 1956 ) | |
| Plaintiffs (Pro Se) ) | |

FILED - USDC ALSD
JUL 10 '26 PM2:52

```
                                              )
        v.                                    )
                                              )
Sabrina Carpenter as Grammy-Award            )
Winning Recording Artist, The Grammys/       )
Recording Academy, Justice Ketanji Brown-    )
Jackson, Lady Gaga, VIvendi Universal,       )
Universal Music Group (UMG), NBC             )
Universal, General Electric, RCA, Comcast,   )
Recording Industry Association of America    )
(RIAA),                                      )
Cary Sherman                                 )
                                              )
        Defendants,                          )
                                              )
                                              )
```

*********************************************************************

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 500 billion dollars for the commission of the torts of public nuisance, industrial espionage, the tortious interference with business relations/contracts under the **Restatement (Third) of Torts and Federal Tort Claims Act (FTCA)** and looking for the equitable remedy of an injunction and/or declaratory judgment pursuant to **Rules 65 and 57 of Federal Rules of Civil Procedure (FRCP).** In bringing forth this complaint, the plaintiff states, avers, and alleges the following

### I.) NATURE OF THE CASE

1.) Back in the years of 2023 and 2024, the plaintiff's and his best friend were co-plaintiffs and appellees in federal cases against the largest personal injury law firm d/b/a **Morgan & Morgan** (like Byrd & Byrd of Bowie, Maryland

and Morgan Harrington of Charlottesville(University of Virginia Cavaliers) and Blacksburg, Virginia (Virginia Tech).

2.) The extensive litigation was in the United States District Court of Northern Florida presided over by four judges: **Judge Michael Frank, Magistrate Judge Hope Cannon, Judge Mark Walker and Judge Robert Hinkle..**

3.) While these cases were in the cities of **Pensacola and Tallahassee** in the **Florida panhandle**, the appeal was sent to the **Elbert Tuttle Courthouse at 56 Forsyth Street, NW Atlanta, Georgia 30303.**

4.) Accordingly, the subject matter of the lawsuits addressed **personal injury protection (pip) from insurance proceeds** and a claim of negligence given that the Morgan and Morgan Law Firm breached their **duty of care** by failing to inform James Lambert that the attorney with the **work product** on the case had passed away unfortunately.

5.) The Hale Law Firm was also briefly discussed in which it is a rebuttable presumption that James Lambert was a **policyholder paying a premium** to an insurance company involving **claims adjusters and perhaps actuaries** for accidents that he had been involved in.

6.) Last year in 2025, the plaintiff filed a lawsuit against the **Cobb & Gonzalez Law Firm of Jacksonville, Florida (Duval County)** in the four deep south states of **Louisiana, Texas, Florida, and Georgia.**

7.) The most significant case originated in the United States District Court of Middle Florida in **Baton Rouge** and was presided over by **Magistrate Judge Erin Wilder-Doomes** who transferred the case to Middle Florioda as a more appropriate venue pursuant to **28 U.S.C. Section 1406.**

8.) When the case was transferred to either Ocala or Jacksonville, Florida, the transferred case was presided over by both **Judge William Jung and Magistrate Judge Nicole Hirt Adams** and was also appealed to the Eleventh Circuit Court of Appeals at 56 Forsyth Street, NW Atlanta, Georgia 30303.

9.) Accordingly, the subject matter of this litigation against Cobb & Gonzalez, P.A. addressed the **foreclosure proceedings** against James Lambert on both his Sarasota house (**Manatee County**) and residence in Northport, Florida (**Sarasota County** by Charlotte County).

10.) Nevertheless, the plaintiff argues that he had **constitutional standing** to bring the lawsuits with James Lambert as a co-plaintiff arguing the **doctrine of transferred intent** even though <u>negligence is not an intentional tort</u> and has the four elements of **duty, breach, causation, and damages**.

11.) Specifically in the case against Cobb & Gonzalez, P.A. of Jacksonville, the plaintiff remembers vaguely fling a motion for a joinder of James Lambert as a co-plaintiff and **necessary and indispensable party** pursuant to **Rule 19 of Federal Rules of Civil Procedure (FRCP)** although the motions were denied.

12.) In a Maryland case against **U.S. Patent and Trademark Office (USPTO)** of Dulaney Street in Alexandria, Virginia and **NASA Goddard Space Flight Center (GSFC)** of Greenbelt, Maryland presided over by the **"Abrego Garcia Judge" (Paula Xinis)**, the plaintiff also tried to file a motion for a joinder of James Lambert arguing that he was a relevant party to his litigation to try to obtain a **design patent or utility patent** pursuant to **35 U.S.C. Section 101** and a broad interpretation of the stare decisis of ***Diamond v. Chakrabarty***.

13.) This letter is with regards to Case # **2026CT002970SC** (South County) Division F, Case # **2024TR023534NC** (North County), amd Case # **2024TR014945NC** (North County) involving Citation # **AJ6DDWE** and Citation # **AJKQSOE** (speed linit exceeded by more than 30 miles per hour) in addition to Charge **316.187(2)(c)**.  Separate paperwork is also being sent to medical board at **2900 Apatachee Parkway, Tallahassee, Florida 32399-0500**.

14.) The plaintiff's best friend James Lambert lives at **4514 Flint Drive**

North Port, Florida 34286 which reminds the plaintiff of **White Flint Mall (WF)** which used to be in **Rockville, Maryland** and was connected to **Wheaton Plaza** by the red line subway on the Metro and also reminds me of plaintiff of Wake Forest University and the Wake Forest neighborhood of **Raleigh, North Carolina** in addition to **Big Ben in England** and a clock in Nyack, New New York by Nanuet and the address of the plaintiff's producer Stanley Frank of **Ten Karat Gold Productions (TKG)** which is in Owings Mills, Maryland at **9514 Meadows Farm Drive.**

## II.) PARTIES TO THIS LITIGATION

15.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

16.) The first defendant is  Sabrina Carpenter as Grammy-Award Winning Recording Artist,

17.) The second defendant is The Grammys/Recording Academy,

18.) The third defendant is Justice Ketanji Brown-Jackson,

19.) The fourth defendant is Lady Gaga

20.) The fifth defendant is VIvendi Universal

21.) The sixth defendant is Universal Music Group (UMG), NBC

22.) The seventh defendant is Universal,

23.) The eighth defendant is General Electric,

24.) The ninth defendant is RCA,

25.) The tenth defendant is Comcast

26.) The eleventh defendant is Recording Industry Association of America (RIAA),

27.) The twelfth defendant is Cary Sherman

## III.) JURISDICTION AND VENUE

28.) According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the

court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

29.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

30.) Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

31.) As an **Article III court**, the U.S. District Court for the District of Connecticut also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

32.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

33.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

34.) Because the amount in controversy does not exceeds $75,000 (i.e. $0 is less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

35.) Given that Paramount Skydance recently purchased Warner Brothers Discovery (parent corporation to CNN), it is vital to address the competition between social media and reality TV stars versus Cable TV "old school stars" that can not for example play the music videos of Drake and Bad Bunny. In addition, The Grammy Awards and Recording Academy do not seem to understand that they (The Grammys) are out of style.

36.) The former Grammys president Deborah Dugan has exposed The Grammy Awards for being discriminatory towards women and minorities.

37.) The superlawyer Douglas Wigdor of New York has filed a lawsuit against The Grammy Awards on behalf of Deborah Dugan.

38.) Douglas Wigdor has also filed lawsuit against the National Football League (NFL) on behalf of Brian Flores and Sean "P. Diddy" Combs on behalf of Cassandra "Cassie" Ventura.

39.) Indeed, nobody likes the Grammy Awards and the city of Los Angeles and CBS (Columbia Broadcasting System) are competing with other cities and other music networks to establish dominance in a "new music business" which is not centered around Hollywood or network TV.

40.) In fact Ditto Music of England is the best distributor worldwide of recording artists such as Ed Sheeran, Chance The Rapper, and Sam Smith in addition to the plaintiff's albums

http://www.dittomusic.com

41.) The plaintiff is certainly a brighter legal eagle than anybody on Cable News Network (CNN) including Jean Casarez and Vinnie Politan from the past, none of whom are on the level of the plaintiff's former bosses Pamela Cave, Esquire of Fairfax, Virginia featured in Lifetime Magazine as a family law attorney and former partner of Atchuthan Sris, P.C. as the former prosecutor for the town of Haymarket, Virginia as the plaintiff has litigated against Erin Burnett Outfront of CNN for the defamation (libel and slander) of Riley Curry as the daughter of Steph and Ayeshia Curry

42.) I learned from the **Google artificial intelligence (Gemini)** that the Universal Music Group (UMG) as the largest of the 3 record labels just had an **initial public offering (IPO)** in 2021 on a Dutch stock exchange known

as EuroNext like the New York Stock Exchange (NYSE) or NASDAQ as an over-the-counter (OTC) market for technology stocks or **Dow Jones Industrial Average (DJIA)** or Standard & Poor's 500 (S&P 500) like Chicago Board of Exchange.

43.) Before that, the Universal Music Group (UMG) was a wholly-owned subsidiary of **Vivendi Universal of France** as a conglomerate that sold other Universal brands (like Universal studios in Orlando) to General Electric (GE) back in 2004 creating somewhat of a joint venture but more of a merger (than an acquisition) known as NBC UNiversal in which Vivendi Universal at that time retained about 20% of the stock and General Electric owned 80% of the stock of NBC Universal.

44.) Then, in the year 2011, General Electric sold NBC Universal to Comcast in which Comcast owned more than 51% of the NBC Universal joint venture and then Comcast purchased the remaining shares of NBC Universal from General Electric to own the joint venture NBC Universal 100%.

45.) This was all interesting to me because I had litigated against Universal Music Group (UMG) between the years of 2013 and 2020 involving the **Lewis Brisbois Law Firm of Fort Lauderdale (Vincent Alexexander)** and John Rose of Fox Rothschild in Atlanta making a pro hac vice appearance on behalf of Universal Music Group, Mr. William Roberts professional known as Rick ROss, Estate of Shakir Stewart (A&R for Island Def Jam Group) and **Island Def Jam Group at 1755 Broadway in New York** in which Senior Judge Virginia Hernandez-Covingston authorized the U.S. Marshals to serve process on Rick Ross and Universal Music Group at 1755 Broadway through U.S. Marshals and **Form USM-285 according to 28 U.S.C. Section 1915.**

46.) The lawsuit was in reference to Rick Ross's song "Billionaire" off of his album "Trilla" and my song "The Dilemma" off of my album Welcome to Atlantis distributed by Ditto Music of England (same company as **Ed Sheeran, Chance The Rapper, and Sam Smith as Grammy-nominated artists**). This copyright dispute was appealed to Eleventh Circuit at Elbert Tuttle Courthouse where Judge Robin Rosenbaum presided over the appeal involving jurisdictional issues (specific and general jurisdiction) from the

**Sam Gibbons Courthouse in Tampa, Florida** transferred from Orlando by Judge Roy Dalton pursuant to **28 U.S.C. Section 1406.**

47.)   I also learned that **City National Bank of California** provides funding for the three major record labels (Universal, Sony, Warner Music Group) as perhaps seed money from angel investors or venture capitalists sometimes involving leveraged buyouts.  Originally, there were 5 major record labels although EMI (parent corporation to Capitol records and Virgin Records) was probably acquired by the other 3 major record labels represented by the trade organization known as the **Recording Industry Association of America (RIAA).**

48.)   Because Bowie, Maryland is known for **JC Chasez of N Sync and Toni Braxton of Bowie State University**, I have attached JPEG images of myself and Mya Harrison at a WPGC Coat Drive in Bowie, Maryland (she is from Greenbelt and attended Eleeanor Roosevelt High School) and also another image of myself and Chuck Brown as the Godfather of Go Go.  I am looking to finance a project whereby

49.)   I have been sending **Zelle payments to Miguel Vite of 664 Productions** in Los Angeles as part of an installment or option contact with fully-binding offer, acceptance, and consideration.

50.)   Miguel Vite also introduced me to a reggaeton producer in Los Angeles by the name of Choko Beats in which  communicate with his Instagram page.

51.) Please note that I am **Presidential Candidate # P60005535** and I am currently litigating against Former President Barack for public nuisance in the following cases from the federal appeals courts (These case numbers are codes in my opinion to the highest level of litigation in American history (in my humble opinion)):

a..) 26-1648 (1:26cv65)
b.) 26-1672 (3:26cv3010)
c.) 26-1935 (4:26cv349)
d.) 26-1933 (1:26cv82)
e.) 26-2926 (3:26cv110)

f.) 26-3112 (3:26cv2047)
g.) 26-3049 (2:26cv2746)
h.) 26-5042 (4:26cv136)
i.) 26-6060 (5:26cv457)
j.) 26- 30217 (3:26cv260)
k.) 26-1372
l.) 26-1407 (5:26cv154)
m.) 26-1432 (5:26cv33)

52.)   Shaq O' Neal case is 26-1433 (for harassing Drake and Lou Amundson) Governor of Virginia case is 26-1428 (5:26cv36)

## V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

53.)   The plaintiff believes that the Grammys and its recording artists like Sabrina Carpenter and Lady Gaga are committing defamation (libel and slander) and/or the dignitary tort of the invasion of privacy by talking about President Donald John trump in a negative manner which could be perceived as violation of the Alien and Sedition Acts.

## VI.) COUNT TWO: PUBLIC NUISANCE

54.)   The plaintiff believes that the Grammys have become a public nuisance to everybody in the worl who understands that neither Los Angeles nor network TV (CBS) has any influence over a new music business whether other cities like Atlanta, Georgia and other companies like Ditto Music of England want to control the internet-based music business

http://www.dittomusic.com

## VII.) COUNT THREE: INDUSTRIAL ESPIONAGE

55.) The plaintiff believes that the Grammy Awards and network TV (ABC, CBS, NBC, Fox) are committing industrial espionage by trying to compete with a new music business with their outdated shows like The Voice, American Idol, and America's Got Talent, and The Masked Singer which have a circus-like atmosphere and from which nobody ever becomes a star. Recording artists who are serious about music don't waste their time on circus shows on network TV and release music through Ditto Music of England which has conquered the new internet-based music business like Tunecore of Brooklyn, New York, CD Baby of Portland, Oregon, and Mondotunes/Octiive of Huntington Beach, California in Orange County.

## VIII.) COUNT FOUR: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS/CONTRACTS

56.) Because the plaintiff is a musician who conducts business with Amazon through Ditto Music of England, the plaintiff argues that larger companies like NFL and Toyota try to interfere with smaller companies like Ditto Music by trying to monopolize Amazon, Apple, and YouTube in what the plaintiff describes to be an Antitrust Violation perhaps involving the Sherman or Clayton Act as larger companies like the NFL and Toyota try to drive smaller companies like independent musicians out of the market so that it would benefit major record labels d/b/a Universal, Sony, and Warner Music Group (WMG) all of which are in privity of contract with NFL, Toyota, and larger companies that advertise on Cable TV or Peacock streaming.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory

judgment.  In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The plaintiff is seeking **punitive, compensatory, treble, actual, presumed, and special damages** in the amount of $500,000,000,000 for the commission of the aforementioned torts involving **Federal Tort Claims Act (FTCA) and Restatement (Third) of Torts**.

B.) The plaintiff is seeking **expectation, reliance, restitution, incidental, and consequential damages** for the commission of tortious interference with business relations/contacts which is substantially similar to material breach of contract despite the **Gist of the Action Doctrine** separating tort issues and contract issues for purposes of litigation.

C.) In addition, the plaintiff is seeking a preliminary injunction as an equitable remedy pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)** precluding and/or enjoying the defendants from advertising to the plaintiff on Cable TV broadcasts.

D.) In addition, the plaintiff is seeking a declaratory judgment pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)** as a statement of the law that advertising with artificial intelligence (AI) and algorithms to spy on consumers for purposes of increasing the company's stock price in **over-the-counter markets (OTC) or federal stock exchange (NYSE)** or driving smaller companies out of business is an Antitrust violation perhaps involving the misdemeanors of trespass,

stalking, harassment, and maybe voyeurism if these companies have employees

conducting surveillance on consumers..

Respectfully submitted,

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com



U.S. POSTAGE IMI
$2.44
RDC 99
20770   FCM
Date of sale
07/04/26
02    8WSSK
2000391982
9557607041041 05
FOLD HERE

Attn: Clerk of the Court
U.S. District Court of
Southern Alabama
155 Saint Joseph Street
Mobile, Alabama 36602